PETER H. WALSH, Appellant, *v.* JOHN E. WALSH et al., Respondent.

(Argued November 28, 1882 ; decided December 12, 1882.)

*Samuel Hand* for appellant.

*George A. Black* for respondents.

Agree to affirm.   No opinion.
All concur, except TRACY, J., absent.
Order affirmed.